NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GRIFFIN TECHNOLOGY, INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**OTTER PRODUCTS, LLC**
**(doing business as Otterbox),**
*Intervenor.*

---

2013-1230

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-780.

---

**JUDGMENT**

---

TERRY L. CLARK, Bass, Berry & Sims, PLC, of Washington, DC, argued for appellant.

PANYIN A. HUGHES, Attorney, Office of the General Counsel, United States International Trade Commission,

of Washington, DC, argued for appellee. With him on the brief were PAUL R. BARDOS, Acting General Counsel, and SIDNEY A. ROSENWEIG, Acting Assistant General Counsel. Of counsel was WAYNE W. HERRINGTON, Attorney.

LOUIS S. MASTRIANI, Adduci, Mastriani & Schaumberg, L.L.P., of Washington, DC, argued for intervenor. With him on the brief were DANIEL F. SMITH and EVAN H. LANGDON.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 December 12, 2013 
Date

 /s/ Daniel E. O'Toole 
Daniel E. O'Toole
Clerk of Court